Donald Raymond SMITH,
Plaintiff–Appellant,

v.

Bill LOCKYER, Attorney General; Attorney General of the State of California, Defendants–Appellees.

No. 01–55708.

D.C. No. CV 00–08282 GAF.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Before BRIGHT*, GOODWIN, and TASHIMA, Circuit Judges.

ORDER**

The judgment of the district court dismissing the action with prejudice is affirmed for the reasons stated in the Final Report and Recommendation of United States Magistrate Judge, filed January 31, 2001, the findings and conclusions of which were adopted by the district court in its order entered February 23, 2001.

AFFIRMED.

* The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

